IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10628
Summary Calendar
_____

VIRGIL F. LIPTAK,

Plaintiff-Appellant,

versus

STRASBURGER & PRICE, ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:98-CV-897-G
- - - - - - - - - -
February 23, 1999

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:*

    Virgil F. Liptak appeals from the district court's dismissal
of his civil rights complaint for lack of subject matter
jurisdiction.  We have reviewed the record and Liptak's brief,
and we AFFIRM the district court's dismissal for essentially the
same reasons set forth by the district court.  See Liptak v.
Strasburger & Price, L.L.P., et al., No. 3:98-CV-0897-G (N.D.
Tex. Apr. 24, 1998).

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.